UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA M. PADGETT and
RUDOLPH C. THOMAS, husband and wife,

    Plaintiffs,

v.                                CASE NO: 8:09-cv-2317-T-26MAP

JOHN ARTHUR STEPHENS, SR., et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Defendants' Joint Motion to Transfer and Consolidate (Dkt. 27) is denied for two reasons. First, although Defendants' counsel has styled the motion as a joint motion, there is no indication that Plaintiffs in all three cases agree to the relief requested by Defendants nor has Defendants' counsel complied with the requirements of Local Rule 3.01(g) before filing the motion. Second, and of most significance, is the fact that if the Court grants the motion, it will necessarily result in a continuance of the trial which is scheduled for the September 2011 trial month commencing September 6, 2011. Such a result is wholly unacceptable to the Court inasmuch as the complaint in this case was filed on November 13, 2009, and pursuant to Local Rule 3.05(c)(2)(E), this case should be tried no later than two years after the filing of the complaint, a deadline which most

assuredly will not be complied with in the event this case is consolidated with the other two cases.

**DONE AND ORDERED** at Tampa, Florida, on August 5, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record